# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES, | Case No. 1:22-cv-00955-ADA-SKO |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DIRECTING PAYMENT OF FILING FEE |
| v. | (Docs. 2, 3) |
| DAVID WOLF, et al., | **30-DAY DEADLINE** |
| Defendants. | |

Plaintiff Antoine Deshawn Barnes ("Plaintiff") is a state prisoner proceeding *pro se* in this action. On August 4, 2022, the assigned magistrate judge issued findings and recommendations that Plaintiff's application to proceed *in forma pauperis* ("IFP") (Doc. 2) be denied, because prior to filing this suit, Plaintiff had accrued more than three "strike" dismissals under 28 U.S.C. § 1915(g). (Doc. 3.) The magistrate judge further found that the allegations in Plaintiff's complaint failed to show that Plaintiff was under imminent danger of serious physical injury at the time he filed suit. (*Id.* at 2–3.) No objections to the findings and recommendations were filed. (*See* Docket.)

In accordance with the provisions of 28 U.S.C. § 626(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, it is hereby ORDERED that:

1. The findings and recommendations issued on August 4, 2022 (Doc. 3) are adopted in full;
2. Plaintiff's application to proceed *in forma pauperis* (Doc. 2) is denied;
3. **Within thirty (30) days** of the date of service of this order, Plaintiff shall pay the filing fee of $402.00 in full to proceed with this action; and
4. Failure to pay the filing fee within the time provided will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   September 6, 2022

UNITED STATES DISTRICT JUDGE

2